UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC. and
FREEDOM SCIENTIFIC BLV GROUP LLC,

    Plaintiffs,

v.                                        Case No.  8:10-cv-1669-T-30MAP

THE FOUNDATION FOR BLIND
CHILDREN,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Stipulated Dismissal With Prejudice (Dkt. #12).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 27, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1669.dismiss 12.wpd